UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States</u>

    v.                                  Case No. 11-cr-146-01-SM

<u>John Allen Wright</u>

<u>ORDER</u>

Re: Document No. 18, Assented to MOTION to Waive Competency Hearing

Ruling: The court has reviewed the sealed competency evaluation. Both parties' agree with its conclusion that defendant is competent to stand trial and that the January 31, 2012, competency hearing is unnecessary. The court grants the joint request to waive the competency hearing (doc. no. 18) and finds defendant competent to stand trial.

Date: January 26, 2012

                                          <u>/s/ Landya B. McCafferty</u>
                                          Landya B. McCafferty
                                          US Magistrate Judge

cc:  Harry N. Starbranch, Jr., Esq.
     Helen W. Fitzgibbon, AUSA