UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
 Plaintiff

v.

Case No. 11-cr-146-01-SM

John Allen Wright,
 Defendant

O R D E R

Defendant Wright's motion to reschedule the final pretrial conference and trial is granted, no further continuances absent extraordinary circumstances (document no. 26). Trial has been rescheduled for the month of August 2012. Defendant Wright shall file a waiver of speedy trial rights not later than May 4, 2012.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for August 10, 2012 at 3:00 p.m.

Jury selection will take place on August 21, 2012 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
U.S. District Judge

May 2, 2012

cc: Harry Starbranch, Esq.
Helen Fitzgibbon, AUSA
U.S. Marshal
U.S. Probation